IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NOLA TRESSLAR and<br>GUY TRESSLAR | : <br> : <br> : <br> : <br> Plaintiffs, : <br> : <br>v. : <br> : <br>BAYER CORPORATION; : <br>BAYER AG; : <br>GLAXOSMITHKLINE, PLC; : <br>GLAXOSMITHKLINE; : <br>SMITHKLINE BEECHAM : <br> : <br> Defendants. : | CIVIL ACTION NO. 02-CV-4291<br><br><br><br><br>ENTRY OF APPEARANCE |

## ENTRY OF APPEARANCE

To the Clerk of the Court:

    Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,


_____      _____
Hope S. Freiwald                                Aline Fairweather


_____      _____
Erin Brennan                                      Kirstin J. Miller


DECHERT PRICE & RHOADS
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
(215) 994-4000